UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROGER A. WILLHITE,                                      CIVIL NO. 13-910 (ADM/JSM)

      Plaintiff,

v.                                                              <u>ORDER</u>

FEDERAL NATIONAL
MORTGAGE ASSOCIATION, et al.,

      Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated January 21, 2014. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1.         Defendants' Motion to Dismiss [Docket No. 8] is GRANTED;

2.         Defendant's Corrected Motion for Sanctions [Docket No. 17] is DENIED.

3.         This matter is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 7, 2014          s/Ann D. Montgomery

                                             ANN D. MONTGOMERY
                                             United States District Judge